IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) Crim. No. 9:21-cr-504 | |
| | ) | |
| | ) | |
| | ) | 18 U.S.C. § 922(o) |
| | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| v. | ) | 26 U.S.C. § 5812 |
| | ) | 26 U.S.C. § 5841 |
| | ) | 26 U.S.C. § 5861(d) |
| | ) | 26 U.S.C. § 5861(e) |
| | ) | 26 U.S.C. § 5871 |
| TYRONE EVAN LEWIS GRAYSON, | ) | |
| a/k/a "Van" | ) | **INDICTMENT** |
| | ) | **(UNDER SEAL)** |

## COUNT 1

THE GRAND JURY CHARGES:

That on or about January 27, 2021, in the District of South Carolina, the Defendant, **TYRONE EVAN LEWIS GRAYSON, a/k/a "Van,"** did knowingly possess and transfer a machinegun as defined by Title 26, United States Code, Section 5845(b), that is, a combination of parts designed and intended for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about January 27, 2021, in the District of South Carolina, the Defendant, **TYRONE EVAN LEWIS GRAYSON, a/k/a "Van,"** knowingly received and possessed a firearm, described as a machinegun, not registered to him in the National Firearms Registration and Transfer Record;

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about January 27, 2021, in the District of South Carolina, the Defendant, **TYRONE EVAN LEWIS GRAYSON, a/k/a "Van,"** knowingly and unlawfully transferred a firearm, that is, a machinegun, to G.S., in violation of Title 26, United States Code, Section 5861(d), that is, the firearm was not registered to him in the National Firearms Registration and Transfer Record;

In violation of Title 26, United States Code, Sections 5861(d), 5812, 5861(e), and 5871.

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

That on or about January 27, 2021, in the District of South Carolina, the Defendant, **TYRONE EVAN LEWIS GRAYSON, a/k/a "Van,"** knowingly, intentionally and unlawfully did possess with intent to distribute and did distribute a quantity of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A __True_____ Bill

FOREPERSON

M. RHETT DEHART    (jch)
ACTING UNITED STATES ATTORNEY