RECORD OF GRAND JURY BALLOT

c/ 9:21-cr-504

THE UNITED STATES OF AMERICA v. TYRONE EVAN LEWIS GRAYSON

(SEALED UNTIL FURTHER ORDER OF THE COURT)