IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 9:21-504 |
| | ) | |
| v. | ) | **WRIT OF HABEAS CORPUS** |
| | ) | **AD PROSEQUENDUM** |
| TYRONE EVAN LEWIS GRAYSON | ) | |
| a/k/a "Van" | | |

    It appears that criminal charges have been filed against the defendant in the above entitled case. It further appears that the defendant, TYRONE EVAN LEWIS GRAYSON, a/k/a "Van", is presently incarcerated at the JASPER COUNTY DETENTION CENTER. It is therefore

    ORDERED that the Warden, or their authorized representative, deliver TYRONE EVAN LEWIS GRAYSON, a/k/a "Van", to the United States Marshals Service or other federal law enforcement officer from time to time as the defendant may be needed until the within action is concluded in its entirety. It is further

    ORDERED that the United States Marshals Service or other federal law enforcement officer shall produce the defendant at such time and place as may be designated by the Court for proceedings in this case and upon the conclusion of this case, the said Marshal or other federal law enforcement officer shall return the defendant to his aforesaid place of confinement.

_____
MARY GORDON BAKER
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

December __15__, 2021

M. RHETT DEHART
ACTING UNITED STATES ATTORNEY

By:   s/J. Carra Henderson_____
      J. Carra Henderson (#12229)
      Special Assistant United States Attorney
      151 Meeting Street
      Charleston, South Carolina 29402
      Telephone: (843) 727-4381
      Email Address: carra.henderson@usdoj.gov